**No. 62384.**—Carson M. Simon & Co. *v.* United States, protest 225002–K (Philadelphia).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of marble slabs similar in all material respects to those the subject of *United States* v. *General Shipping & Trading Co. et. al.* (44 C. C. P. A. 168, C. A. D. 656), the claim of plaintiff was sustained.